UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD JAMES SIMPSON,

        Plaintiff,        Case No. 1:10-cv-983

v.        Honorable Paul L. Maloney

PRISON HEALTH SERVICES et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that the December 2, 2009 order granting leave to proceed *in forma pauperis* is VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" under 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days of this order, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

Dated:  October 22, 2010        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge