UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

RICHARD JAMES SIMPSON,

        Plaintiff,         Case No. 1:10-cv-983

v.         Honorable Paul L. Maloney

PRISON HEALTH SERVICES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   December 6, 2010         /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge